618

464 A.2d 536

Commonwealth v. Godfrey, Appellant.

Submitted February 9, 1983. Joseph N. Bongiovanni, III, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and LIPEZ, JJ.

Order affirmed.

464 A.2d 536

Commonwealth v. Gordon, Appellant.

Petition for Allowance of Appeal
Denied Jan. 16, 1984.

Argued February 8, 1983. George W. Westervelt, Jr., for appellant; John B. Dunn, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and MONTEMURO, JJ.

Judgment of sentence affirmed.

MONTEMURO, J., concurred in the result.